Statement of PO1 Anibal Martinez regarding the events that took place on 30 December 2021 approximately 70-80nm off the coast of Panama.

On December 30, 2021 at approximately 1645 I was assigned to USCGC Diligence's primary boarding team as Boarding Officer (BO). After hearing the go-fast alarm and pipe be made, I proceeded down into my berthing area to change out. Once changed out, and gunned up I continued my way to Combat Information Center to meet the rest of the boarding team, and receive our briefing on the target of interest (TOI). The boarding team make up was myself as BO, Petty-officer Latham as Pursuit Mission Commander (PMC), Petty-officer Gonzalez as Pursuit Coxswain (PCXN) and Petty-officer Carlson as Gunner. Once in CIC, we looked over all our gear and received IONSCAN Swipes by Petty-Officer Keith who is the cutters designated IONSCAN operator, all hits came back negative. Once complete, with gear and IONSCAN, we began to receive our brief: a Maritime Patrol Airplane (MPA) spotted a go fast vessel (GFV) heading in our direction with 04 persons on board (POB) at about 14kts on a course of 045, the GFV had 03 outboard engines 02 of which were actually in the water, and a black tarp covering a majority of the vessel. We were informed in CIC that both Diligence Small boat (DILI1) embarked by our team, and the MPA had already been granted a Statement of No Objection (SNO) for steps II and IV, as well as the conducting of a Right of Visit boarding. Once we got (DILI1) in the water, we were about 25nm away from the TOI but continued taking directions from USCGC Diligence for a best course to intercept. We had some electronic equipment failure on the way which we tried to troubleshoot, with no luck of correcting. We continued making way in 5-8ft seas, until we arrived at about 2nm from TOI. At that point, we had established communication with the H-65 Helicopter, and they vectored us in the rest of the way. The plan

between us and the H-65 was that once we were within .5nm they would light up the target so we can take positive control (POSCON) of the vessel. As planned, the H-65 lit up the TOI, I moved forward on DILI1 and trained my M4 rifle at the TOI for cover. Within seconds, I noticed that the crew was calm, some were sitting and a couple were laying on top of the black tarps, I kept my rifle drawn but bladed it down as to not continue aimed at what seemed to be unarmed subjects. I directed all subjects forward, had them lay face down with their hands interlocked on top of their heads, they all complied. Following that, the PCOXN got alongside, and while I continued covering the subjects Petty-officer Latham boarded their boat, drew his weapon, and covered for me as I transitioned over. Once I was on board, Petty-officer Latham stayed aft of the center console, I was forward, the first question I asked was who was the master, and where they were hailing from, the master replied "De Colombia" meaning from Colombia in Spanish. I then began giving task directions at the subjects one at a time to get them back to us and placed in restraints, once all subjects were in restraitns, we called the small boat over, placed life jackets on the subjects, and sat them down on the forward deck of DILI1. Immediately after the last subjects were aboard DILI1, I passed the claim of nationality by the master to the small boat, and I and Petty-Officer Latham began an initial safety sweep of the vessel, we checked all bilges, and made sure there were no other unknown hazards aboard. It was during this safety sweep that I noticed two large tears on the tarp, underneath one of the tears in the tarp was a compartment with an installed bilge and could clearly see a lot of debris from burlap sacks that looked to be all torn, as well as a knife on the deck. Once the initial safety sweep was complete, we stood by for further tasking, and were ultimately directed to conduct IONSCAN swipes of high traffic areas aboard the vessel, this tasking came after Colombia could not confirm nor deny the nationality of the vessel, so we were treating it as one without nationality. Once IONSCAN swabs were

complete on the vessel. we sent them off to USCGC Diligence for detection. all hits came back positive for Cocaine. to include 2 positive NIK tests from packages recovered by USCGC Diligence other small boat (DILL12) call sign. Once hits were all received and verified, we were directed to return to base (RTB). The next morning. I was tasked to go back to the GFV to take pictures, conduct at sea space accountability, and complete our boarding. Once completed, we returned to USCGC Diligence.

This statement is true and accurate to the best of my knowledge.

Martinez, Anibal PO1